**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Mario Rene GUZMAN–CORDOVA,
Defendant–Appellant.**

**No. 08–40871
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 30, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Mario Rene Guzman–Cordova has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Guzman–Cordova has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is ex-

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

cused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR R. 47.5.4.